COMMONWEALTH of Pennsylvania, Respondent

v.

Thaddeus Thomas CRUMBLEY, Petitioner

No. 287 WAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.